IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07CV37**

| | | |
|---|---|---|
| RAYMOND D. COLLINS, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of FRCP 26(f) Conference and Discovery Plan [doc. 6]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, June 13, 2007, at 10:15 a.m. in Chambers.**

IT IS SO ORDERED.

Signed: May 21, 2007

Graham C. Mullen
United States District Judge