UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-37-MU

| | |
|---|---|
| RAYMOND D. COLLINS, )<br>        Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>        Defendant. ) | **ORDER JOINING JUDITH COLLINS**<br>**AS A NOMINAL PLAINTIFF** |

Pursuant to Rule 19 of the Federal Rules of Civil Procedure, and the parties' Joint Motion to Join Plaintiff [doc. 9], it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's wife, Judith P. Collins, shall be joined as a plaintiff in this action for the sole purpose of affording full and final relief as to the claims asserted in the Complaint. The inclusion of Judith P. Collins as a plaintiff shall not act as an admission or as evidence of any facts sought to be proven in this action. The Caption of this case shall hereafter be styled, "Raymond D. Collins and Judith P. Collins, Plaintiffs, v. United States of America, Defendant."

It is so ordered.

Signed: July 13, 2007

Graham C. Mullen
United States District Judge